# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PETER TRUXILLO, ANDREW
TRUXILLO AND VIRGINIA
TRUXILLO

VERSUS

BATON ROUGE GENERAL MEDICAL
CENTER AND JESSIE GUILLORY

NO.  2026 CW 0650

**JULY 1, 2026**

---

In Re:    Peter Truxillo, Andrew Truxillo and Virginia Truxillo,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 690033.

---

BEFORE:    McCLENDON, C.J., LANIER AND EDWARDS, JJ.

   **WRIT DENIED.**

                        PMc
                        WIL
                        BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT